**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FREEDOM ECONOMY BUSINESS ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, et al.,<br><br>*Defendants*. | Civil Action No. 1:26-cv-03288 (CJN) |

## SCHEDULING ORDER

Upon consideration of the Joint Status Report, ECF No. 21, and the entire record, it is hereby **ORDERED** that:

1. On or before **December 15, 2026**, Defendants shall file their Motion for Summary Judgment.
   a. Defendants shall also submit to Plaintiff the administrative record and file a certified list of the contents of the administrative record with the Court on or before **December 15, 2026**.
2. On or before **January 11, 2027**, Plaintiff shall file its Response to Defendants' Motion for Summary Judgment and its Cross-Motion for Summary Judgment.
3. On or before **January 18, 2027**, Defendants shall file their Reply in Support of their Motion for Summary Judgment and their Response to Plaintiff's Cross-Motion for Summary Judgment.
4. On or before **January 25, 2027**, Plaintiff shall file its Reply in Support of its Cross-Motion for Summary Judgment.

DATE: October 20, 2026

CARL J. NICHOLS
United States District Judge